AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern District     DISTRICT OF     New York

**APPEARANCE**

Case Number: 08CV3506

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Atlas Air, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/11/2008 | _(signature)_ |
| Date | Signature |
| | Paul A. Lange     PL2078 |
| | Print Name     Bar Number |
| | 80 Ferry Boulevard |
| | Address |
| | Stratford, CT 06615 |
| | City    State    Zip Code |
| | (203) 375-7724     (203) 375-9397 |
| | Phone Number     Fax Number |