MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: MARA E. TRAGER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2799

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

       Plaintiff,

   v.

ATLAS AIR, INC.,

       Defendant.
------------------------------------------------------------X

JUDGMENT

08 Civ. 3506 (BSJ)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/08

WHEREAS, the United States of America (the "United States" or the "Government") filed its complaint in this action on April 10, 2008, and the defendant Atlas Air, Inc. ("Atlas Air") was duly served with a copy of the complaint, and has accepted service thereof;

WHEREAS, on or about April 10, 2008, the parties hereto entered into a Stipulation and Order of Settlement and Dismissal resolving all of the claims alleged in the Government's complaint against Atlas Air; and

WHEREAS, on or about April ___, 2008, this Court signed the Stipulation and Order of Settlement and Dismissal, and the stipulation was entered on the docket;

NOW, therefore, it is hereby ORDERED and ADJUDGED as follows:

1.    The Government shall have judgment against Atlas Air in the sum of ninety-five thousand dollars ($95,000.00), and the Government shall have execution therefor.



2. Execution of this judgment shall be stayed as long as Atlas Air abides by the payment terms, conditions, and provisions of the Stipulation and Order of Settlement and Dismissal, a copy of which is appended hereto.

3. Should Atlas Air fail to comply with the payment terms, conditions, and provisions of the Stipulation and Order of Settlement and Dismissal, the Government shall have the right, at its sole option and discretion, to declare the stay of execution of this judgment no longer in effect.

4. After Atlas Air has complied with the entire payment obligation as set forth in the Stipulation and Order of Settlement and Dismissal, the United States shall file with the Clerk of the Court and deliver to Atlas Air a satisfaction of judgment.

Dated: ~~March~~ April __, 2008

So Ordered:

_____
United States District Judge

2

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:

In Re:

-v-

Case #:           (        )

Dear Litigant,

Enclosed is a copy of the judgment entered in your case.

Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $450.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

J. Michael McMahon, Clerk of Court

by: _____

, Deputy Clerk

APPEAL FORMS
Docket Support Unit                                                      Revised: April 9, 2006

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
------------------------------------------------X
                                                |
                                                |         NOTICE OF APPEAL
                                                |
             -V-                                |
                                                |
                                                |         civ.        (   )
                                                |
------------------------------------------------X
```

Notice is hereby given that _____
                                                    (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the _____ day of _____ , _____ .
                                   (day)           (month)         (year)

                                                        _____
                                                                    (Signature)

                                                        _____
                                                                    (Address)

                                                        _____
                                                              (City, State and Zip Code)

Date: _____           ( ) _____-_____
                                                              (Telephone Number)

**Note**: You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

**APPEAL FORMS**
Docket Support Unit

Revised: April 9, 2006

FORM 1

# United States District Court
## Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-------------------------------------------X
                                           |
                                           |   MOTION FOR EXTENSION OF TIME
                                           |   TO FILE A NOTICE OF APPEAL
         -V-                               |
                                           |
                                           |      civ.        (    )
                                           |
                                           |
-------------------------------------------X
```

Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully
(party)

requests leave to file the within notice of appeal out of time. _____
(party)

desires to appeal the judgment in this action entered on _____ but failed to file a
(day)

notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]




_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____        ( ) _____ - _____
(Telephone Number)

**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be received in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS
Docket Support Unit

Revised: April 9, 2006

FORM 2

# United States District Court
## Southern District of New York
### Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
_____X
                                |
                                |        NOTICE OF APPEAL
                                |              AND
       -V-                      |   MOTION FOR EXTENSION OF TIME
                                |
                                |        civ.        (    )
                                |
_____X
```

1. Notice is hereby given that _____ hereby appeals to
   (party)

the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
[Give a description of the judgment]

2. In the event that this form was not received in the Clerk's office within the required time

_____ respectfully requests the court to grant an extension of time in
         (party)

accordance with Fed. R. App. P. 4(a)(5).

    a. In support of this request, _____ states that
                                              (party)

this Court's judgment was received on _____ and that this form was mailed to the
                                            (date)

court on _____ .
              (date)

                                             _____
                                                 (Signature)

                                             _____
                                                 (Address)

                                             _____
                                           (City, State and Zip Code)

Date: _____               ( ) _____-_____
                                                 (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS

Docket Support Unit

Revised: April 9, 2006

FORM 3

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
----------------------------------X
                                  |
                                  |      **AFFIRMATION OF SERVICE**
                                  |
         -V-                      |
                                  |      civ.          (   )
                                  |
                                  |
----------------------------------X
```

I, _____, declare under penalty of perjury that I have

served a copy of the attached _____

_____

upon _____

_____

whose address is: _____

_____

Date: _____
         New York, New York

                                          _____
                                                    (Signature)

                                          _____
                                                    (Address)

                                          _____
                                              (City, State and Zip Code)

APPEAL FORMS

Docket Support Unit                                       Revised: April 9, 2006