MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: MARA E. TRAGER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2799
Facsimile No. (212) 637-2702

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

UNITED STATES OF AMERICA,   :   ECF Case
      :
        Plaintiff,    :   **SATISFACTION OF JUDGMENT**
      :
    -against-    :   08 Civ. 3506 (BSJ)
      :
ATLAS AIR, INC.,    :   Judgment No. # 08,0617
      :
        Defendant.    :

------------------------------ x

Pursuant to Local Civil Rule 54.3(c), Plaintiff and Judgment Creditor the United States of America ("Plaintiff"), by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, acknowledges full and complete satisfaction between Plaintiff and Defendant Atlas Air, Inc., in the amount of $95,000.00, of the Judgment entered by the Clerk of the Court on April 18, 2008.

Date Executed:    New York, New York
April 28, 2008

By:    MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney For Plaintiff

_____
MARA E. TRAGER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2799
Facsimile No. (212) 637-2702